**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JERRY JOSEPH MILLER,** § | | |
| **ID # 01144333,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **No. 3:15-CV-3411-P** | |
| § | | |
| **TRIAL COURT JUDGES OF THE** § | | |
| **FOLLOWING DISTRICTS, et al.,** § | | |
| § | | |
| **Defendants.** § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After conducting a review of the pleadings, files, and records in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

**SO ORDERED this 12th day of April, 2016.**

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**